# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RONALD PROVENZOLA,

      Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

      Defendant.

Case No. 4:15-cv-12119

Judge Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

| | |
|---|---|
| Andrew L. Campbell (P64391)<br>Attorney for Plaintiff<br>653 S. Saginaw Street, Suite 201<br>Flint, MI  48502<br>(810) 232-4344<br>hundy24@yahoo.com | Laura C. Baucus (P56932)<br>Samantha L. Walls (P75727)<br>Counsel for Defendant<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304<br>(248) 203-0700<br>lbaucus@dykema.com<br>swalls@dykema.com |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety and with prejudice; each party to bear its own costs and fees.

IT IS SO ORDERED.

      s/ Linda V. Parker
      LINDA V. PARKER
      U.S. DISTRICT JUDGE

Dated: October 21, 2015

Stipulated to by:

/s/ Andrew L. Campbell (with consent)
Andrew L. Campbell (P64391)
Attorney for Plaintiff
653 S. Saginaw Street, Suite 201
Flint, MI 48502
(810) 232-4344
hundy24@yahoo.com

/s/ Samantha L. Walls
Samantha L. Walls (P75727)
Attorneys for Defendant
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
swalls@dykema.com